## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID L. ROMANO** | * | **CIVIL ACTION NO.: 19-2376** |
| | * | |
| **VERSUS** | * | **SECTION: H (4)** |
| | * | |
| **DOLLAR GENERAL STORE NO. 10500** | * | **JUDGE: JANE TRICHE MILAZZO** |
| | * | |
| | * | **MAGISTRATE: KAREN WELLS ROBY** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>SUGGESTION OF DEATH AND</u>
## <u>MOTION TO SUBSTITUTE PROPER PARTY</u>

TO THE HONORABLE JUDGE OF THE COURT:

Aaron Michael Romano, named Executor of the Estate of David Lee Romano, Plaintiff herein, files this Suggestion of Death and Motion to Substitute Proper Party and shows the Court:

1. David Lee Romano, Plaintiff herein, died on June 23, 2019.  Aaron Michael Romano was named by David Lee Romano as Executor of his father's estate in his Last Will & Testament and has initiated the succession of David Lee Romano.

2. Under Fed. R. Civ. P. 25, Aaron Michael Romano, as Executor of the Estate of David Lee Romano, and the succession representative, he should be substituted as the proper party for the decedent; and as the surviving child of David Lee Romano, specifically, Aaron Michael Romano.

3. The undersigned counsel conferred with Defendant's counsel, and Defendant is not prepared to consent to this motion.

WHEREFORE, Aaron Michael Romano requests the Court substitute Aaron Michael Romano, Executor of the Estate of David Lee Romano, and Aaron Michael Romano, surviving child, as Plaintiff in this case and that Plaintiff recover such other and further relief as to which he may be justly entitled.

Respectfully submitted,

*/s/ TOM W. THORNHILL*
TOM W. THORNHILL (#12776)
THORNHILL LAW FIRM, APLC
1308 Ninth Street, Slidell, LA 70458
Telephone:    (985) 641-5010
Facsimile:    (985) 641-5011
tom@thornhilllawfirm.com
*Counsel for Plaintiff, David L Romano*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of August, 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic system and by other means in accordance with the Federal Rules of Civil Procedure.

*/s/ TOM W. THORNHILL*
TOM W. THORNHILL (#12776)