## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID L. ROMANO** | * | **CIVIL ACTION NO.: 19-2376** |
| | * | |
| **VERSUS** | * | **SECTION: H (4)** |
| | * | |
| **DOLLAR GENERAL STORE NO. 10500** | * | **JUDGE: JANE TRICHE MILAZZO** |
| | * | |
| | * | **MAGISTRATE: KAREN WELLS ROBY** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that hearing on Plaintiffs' Suggestion of Death and Motion to Substitute Proper Party will be heard on the 28th day of August, 2019 at 9:30 A.M. at the United States District Court for the Eastern District of Louisiana, 500 Camp Street, Courtroom C224, New Orleans. Louisiana, or as soon thereafter as counsel can be heard.

**Respectfully submitted,**

**THORNHILL LAW FIRM, L.C.**

/s/ Tom Thornhill

_____
**TOM W. THORNHILL         #12776
1308 Ninth Street
Slidell, Louisiana 70458
(985) 641-5010; (985) 641-5011 fax
tom@thornhilllawfirm.com**

### CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of August, 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic system.

/s/ TOM W. THORNHILL
TOM W. THORNHILL (#12776)