UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID L. ROMANO** | * | **CIVIL ACTION NO.: 19-2376** |
| | * | |
| **VERSUS** | * | **SECTION: H (4)** |
| | * | |
| **DOLLAR GENERAL STORE NO. 10500** | * | **JUDGE: JANE TRICHE MILAZZO** |
| | * | |
| | * | **MAGISTRATE: KAREN WELLS ROBY** |
| | * | |

## ORDER GRANTING SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PROPER PARTY

Having considered the above and foregoing Motion, the Court finds that the same is well taken and should be granted.  **IT IS THEREFORE**:

**ORDERED AND ADJUDGED** that the foregoing Motion is GRANTED and the parties are hereby NOTIFIED that Aaron Michael Romano, Executor of the Estate of David Lee Romano, and Aaron Michael Romano, as Plaintiff in this case and that Plaintiff recovers such other and further relief as to which he may be justly entitled.

New Orleans, Louisiana, on the _____ day of _____, 2019.

_____
JUDGE
UNITED STATES DISTRICT COURT