UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID L. ROMANO** | * | **CIVIL ACTION NO.: 19-2376** |
| | * | |
| **VERSUS** | * | **SECTION: H (4)** |
| | * | |
| **DOLLAR GENERAL STORE NO. 10500** | * | **JUDGE: JANE TRICHE MILAZZO** |
| | * | |
| | * | **MAGISTRATE: KAREN WELLS ROBY** |
| | * | |

## MEMORANDUM IN SUPPORT OF SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PROPER PARTY

MAY IT PLEASE THE COURT:

PLAINTIFF, DAVID L. ROMANO ("Mr. Romano") respectfully submits this Memorandum in Support of the annexed Suggestion of Death and Motion to Substitute Proper Party due to the untimely death of David L. Romano.

### INTRODUCTION AND SUMMARY OF THE ARGUMENT

David Lee Romano, Plaintiff herein, died on June 23, 2019. Aaron Michael Romano was named by David Lee Romano as Executor of his father's estate in his Last Will & Testament (See *Exhibit #1*) and has initiated the succession of David Lee Romano.

### ARGUMENT AND AUTHORITIES

The Suggestion of Death and Motion to Substitute Proper Party is filed within ninety (90) days of the date of death of Plaintiff, David Lee Romano. In accordance with R.S. 44:19 (E)(1), a Fact of Death Letter was issued on June 26, 2019, by Charles Preston M.D., Coroner, St. Tammany Parish (See *Exhibit #2*). Under Fed. R. Civ. P. 25, Aaron Michael Romano, as Executor of the Estate of David Lee Romano, and the succession representative, he should be substituted as the

1

proper party for the decedent, being the surviving child of David Lee Romano, specifically, Aaron Michael Romano.

The undersigned counsel conferred with Defendant's counsel, and Defendant is not prepared to consent to this motion.

## CONCLUSION

For the foregoing reasons, Mr. Romano is entitled to have his surviving son, Aaron Michael Romano, who was named by David Lee Romano as Executor of his father's estate in his Last Will & Testament (See *Exhibit #1*) and has initiated the succession of David Lee Romano, be substituted as Proper Party in the matter before this Honorable Court, as Plaintiff in this case and that Plaintiff recover such other and further relief as to which he may be justly entitled.

Respectfully submitted,

*/s/ Tom W. Thornhill*_____
TOM W. THORNHILL (#12776)

THORNHILL LAW FIRM, APLC
1308 Ninth Street, Slidell, LA 70458
Telephone:    (985) 641-5010
Facsimile:    (985) 641-5011
tom@thornhilllawfirm.com
*Counsel for Plaintiff, David L Romano*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April, 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic system.

*/s/ Tom W. Thornhill*_____
TOM W. THORNHILL (#12776)

2