# *LAST WILL & TESTAMENT*

## of

## DAVID LEE ROMANO

STATE OF LOUISIANA
PARISH OF ST. TAMMANY                                          April 29, 2019

    I, David Lee Romano, domiciled in Slidell, Louisiana, declare this to be my Last Will and Testament. I revoke all of my prior wills and codicils.

### I. FAMILY

  1.1  Birth. I was born on June 12, 1952 at New Orleans, Louisiana.

  1.2  Marriage. I have been married but once to Rhonda Lee Jenkins, herein called "Rhonda", who has predeceased me.

  1.3  Children. From my marriage to Rhonda, three children were born: Aaron M. Romano, herein called "Aaron", on March 9, 1985, Samantha Kathleen Romano Howell, herein called "Samantha", on August 9, 1991, and Tyler Alexander Romano, herein called "Tyler", on December 14, 1994. No other children other than those listed above have been born or adopted to me.

### II. PROPERTY

  2.1  Property. "My property" means the property subject to this will of which I die possessed, of whatever nature or kind, both real and personal, separate and community, wherever located and however acquired, whether now owned by me or hereafter acquired.

  2.2  Fruits of separate property. I have made no reservation of all of the fruits and income of my separate property to my separate estate.

Slidell, Louisiana
April 29, 2019

_David Lee Romano_
DAVID LEE ROMANO
Testator

### III. **BEQUESTS**

3.0    Bequest.  I give and bequeath to my son, Aaron M. Romano, all of my property of which I die possessed.

### IV. **MISCELLANEOUS PROVISIONS**

4.1    Executor/Executrix.  I name my son, Aaron M. Romano, as Executor of my succession.  I also wish for my estate to be independently administered.

4.2    Bond.  I dispense all of my Executors, including any duly appointed dative or provisional executor from giving bond.

4.3    Subsequent births or adoptions.  If a child is born to me or adopted by me after the date hereof, this will shall nevertheless remain in full force and effect.

4.5    Debts and Taxes.  All of my debts, taxes and expenses shall be borne and paid in accordance with law.

4.7    Expenses of delivery.  The expenses of collecting, protecting, appraising, packing, storing, shipping, cleaning and insuring any property bequeathed in this Last Will & Testament shall be paid as administrative expenses of my succession.

4.8    Funeral.  It is my desire that my Executor named hereinabove arrange for my funeral as they see fit.

Slidell, Louisiana<br>
April 29, 2019

David Lee Romano
DAVID LEE ROMANO
Testator

This testament consisting of three (3) pages has been prepared and typed with my approval and under my direction for execution in accordance with Section 1570, et seq., of the Louisiana Civil Code, and accordingly, after reading of the whole, I have signed on each page thereof on the date first above written, in the presence of the undersigned Notary Public and two witnesses, after due presentation and declaration by me, Testator, that this is my Last Will and Testament.

DAVID LEE ROMANO
Testator

The Testator above named has signed this will and testament at the end and on each separate page, and has declared or signified in our presence that it is his Last Will and Testament and in the presence of the Testator above named and each other we have hereunto subscribed our names on this the 29th of April, 2019.

**WITNESSES:**

Jan R Boatright

Laurie Clark

CHRISTY D. FUGATE
NOTARY PUBLIC, LA #085565
My commission is for life.

Christy D. Fugate
Notary Public, State of Louisiana
My Commission is for Life
Notary 085565