OFFICE OF THE CORONER
ST. TAMMANY PARISH
CHARLES PRESTON M.D.
65278 HWY 434 , Lacombe, LA 70445

985-781-1150   Fax: 985-781-1148



# FACT of DEATH LETTER

### (pursuant to R.S. 44:19 (E)(1))

I, CHARLES PRESTON M.D., CORONER FOR THE PARISH OF ST. TAMMANY, certify the following fact of death:

REPORTED NAME OF DECEASED: **Romano, David**

DATE OF BIRTH:   **June 12, 1952**

DATE OF DEATH:   **June 23, 2019**

TIME OF DEATH:   **09:27 PM**

PLACE OF DEATH:   **1001 Gause Blvd. Slidell, LA 70458**

CHARLES PRESTON M.D.
CORONER, ST. TAMMANY PARISH

DATE: **June 26, 2019**



**R.S. 44:19 (E)(1)**

(1) A fact of death letter is a written statement attesting to the fact of death, which shall constitute proof of death for all purposes, including but not limited to any claim under any policy of insurance issued on the life of the deceased individual. The fact of death letter shall be a public record. The fact of death letter shall be provided, upon request, to the spouse, parent, sibling, child, grandchild, niece, nephew, aunt, or uncle of the decedent. If there is no spouse, parent, sibling, child, grandchild, niece, nephew, aunt, or uncle of the decedent, then the coroner shall provide one copy of the autopsy report, upon request, to the next of kin.